John J. Talton, Chapter 13 Trustee

Check No. 815082

Pay to: CLERK  Clerk of the Court

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|----------|-----|-------------|-------------|---------|---------------|--------------|-------|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-60003 | 999-0 | KIMBERLY KAY HENSLEY<br>Original Check written to:<br>KIMBERLY KAY HENSLEY<br>P O BOX 747<br>MINEOLA, TX  75773 | | 0.00 | 6.00 | 0.00 | 6.00 |
| 05-60287 | 017-0 | CHARLES KIRK HARPER<br>Original Check written to:<br>ARTISTIC BEAUTY COLLEGE<br>PO BOX 34863<br>PHOENIX, AZ  85067 | xxxxxxx9388 | 457.76 | 1.52 | 0.00 | 1.52 |
| 05-60925 | 999-0 | RONNIE E BEASLEY<br>Original Check written to:<br>RONNIE E BEASLEY<br>RT 7 BOX 607<br>JACKSONVILLE, TX  75766 | | 0.00 | 16.00 | 0.00 | 16.00 |
| 05-61992 | 004-0 | WILLIAM RUSSELL DUFFIELD<br>Original Check written to:<br>WELLS FARGO EDUCATION FINANCIAL SRVCS<br>301 E. 58TH STREET N.<br>SIOUX FALLS, SD  57104- | xxxxxxxxxxxxxxxxxxxxxxnt L | 6,590.28 | 121.68 | 0.00 | 121.68 |
| 05-61992 | 003-0 | WILLIAM RUSSELL DUFFIELD<br>Original Check written to:<br>WELLS FARGO EDUCATION FINANCIAL SRVCS<br>301 E. 58TH STREET N.<br>SIOUX FALLS, SD  57104- | xxxxxxxxxxxxxxxxxxxxxxnt I | 3,188.64 | 58.87 | 0.00 | 58.87 |
| 07-60333 | 026-0 | MICHAEL ALLAN GREENWOOD<br>Original Check written to:<br>TEXAS WORKFORCE COMMISSION<br>FRAUD DETECTION ROOM 370<br>101 EAST 15TH STREET<br>AUSTIN, TX  78778- | xxxxxxx0403 | 818.16 | 32.15 | 0.00 | 32.15 |